IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, individually and as parent and natural guardian of John Doe 1 and John Doe 2, minors, | : : : : | Civil No. 1:25-CV-00158 |
| Plaintiff, | : : | |
| v. | : : | |
| CUMBERLAND VALLEY SCHOOL DISTRICT, *et al.*, | : : : : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 5th day of January, 2026, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS**:

1) The motion to dismiss filed by Defendants Cumberland Valley School District ("CVSD"), Dr. Mark A. Blanchard ("Blanchard"), Dr. Jesse Rawls, ("Rawls"), Greg Rausch ("Rausch"), Harold "Bud" Shaffner ("Shaffner"), and Timothy Froelich ("Froelich") (collectively, "Defendants") will be **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. Count I of the amended complaint is **DISMISSED WITH PREJUDICE** as to Blanchard, Rawls, Rausch, and Shaffner. The demand for punitive and emotional distress damages alleged in Count I is **DISMISSED WITH PREJUDICE**.

   b. Count II of the amended complaint against Blanchard, Rawls, Rausch, and Shaffner in their official capacities is **DISMISSED WITH PREJUDICE**. Count II's claim for punitive damages against CVSD is also **DISMISSED WITH PREJUDICE**.

    c. Counts III through VII of the amended complaint against CVSD are **DISMISSED WITH PREJUDICE**.

    d. Count VI of the amended complaint against Rawls is **DISMISSED WITHOUT PREJUDICE**.

    e. Count VII of the amended complaint against all Defendants is **DISMISSED WITH PREJUDICE**.

    f. Count VI of the amended complaint against Blanchard, Shaffner, and Rausch is **DISMISSED WITH PREJUDICE.**

    g. Thus, the counts remaining in the amended complaint are as follows: Count I against CVSD; Count II against Blanchard, Rawls, Rausch, and Shaffner in their individual capacities and against CVSD; and Counts III, IV, V, and VI against Froelich.

2) Defendants' motion to strike is **GRANTED IN PART AND DENIED IN PART**. Specifically, the court **STRIKES** paragraphs 49, 50, 52, 59(e) n.2, 62, 63, and 64 from the amended complaint.

3) Plaintiffs may file an amended complaint consistent with this order by **January 27, 2026**.

4) If Plaintiffs do not file an amended complaint by the above deadline, Defendants are directed to respond to the second amended complaint in accordance with the Federal Rules of Civil Procedure.

                                                    s/Jennifer P. Wilson
                                                    JENNIFER P. WILSON
                                                    United States District Court Judge
                                                    Middle District of Pennsylvania